# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-mj-02309-DUTY-1 | Date: | 7/8/2025 |
|---|---|---|---|

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Interpreter | N/A |

| Holidae Crawford | N/A | Steven M Arkow |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| KEANDRE LOWE | N/A | | √ | N/A | | | |

**Proceedings:**   (IN CHAMBERS) ORDER RE UNSEALING CASE

   The Court grants the Government's motion to unseal Case No. 25mj02309. The clerk is ordered to unseal the case and disclose docket entry no. 1 to counsel of Defendant.

Initials of Deputy Clerk   HC